**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
DAVID SIMONS,

              Plaintiff,                       17 **CIVIL** 4844 (PMH) (AEK)

      -against-                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.
----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated October 8 2021, upon a careful and complete review, the Court finds no clear error in Magistrate Judge Krause's thorough and well-reasoned analysis, and adopts the R&R in its entirety for the reasons set forth therein. Consequently, the Commissioner's motion for judgment on the pleadings is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York
          October 12, 2021

                                       **RUBY J. KRAJICK**
                                       **Clerk of Court**
                   **BY:**
                                        **Deputy Clerk**